STATE OF CONNECTICUT *v.* BRIAN L. DONALDSON
(11778)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Argued June 2—decision released June 29, 1993

*A. Susan Peck,* for the appellant (defendant).

*James A. Killen,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* chief state's attorney, and *John A. O'Reilly, Jr.,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgments are affirmed.